UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEMETRIUS L. SPRINGS,**

   Petitioner,

v.                                                        Case No. 3:14cv171/MCR/CJK

**UNITED STATES OF AMERICA, et al.,**

   Respondents.
_____/

**ORDER**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 14, 2014 (doc. 3), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing the timely objections to the Report Recommendation, the Report and Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 3) is adopted and incorporated by reference in this Order.

2. This action is DISMISSED on the grounds that petitioner Springs is barred by 28 U.S.C. § 1915(g) from bringing this suit and because this action is frivolous, *see* 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i).

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of May, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**